IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RICKEY FORD**                                                                                          **PLAINTIFF**

**v.**                                              **4:09CV00917-WRW/JTK**

**KARL BYRD,** *et al.*                                                                              **DEFENDANTS**

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged, that this case be and is hereby DISMISSED without prejudice, for failure to prosecute. The relief sought is hereby DENIED.

IT IS SO ADJUDGED this 8th day of September, 2010.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE